# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

**JACOB MICHAEL PERRITT,**

    Petitioner,

v.                                     Case No: 5:21-cv-529-WFJ-PRL

**SECRETARY, DEPARTMENT OF CORRECTIONS and FLORIDA ATTORNEY GENERAL,**

    Respondents.

_____

## ORDER

Petitioner initiated this action on October 27, 2021, by filing a *pro se* Petition for Writ of Habeas Corpus (Doc. 1). In an Order dated December 1, 2021, the Court directed Petitioner to show cause within 21 days why this case should not be dismissed for failure to pay the $5.00 filing fee or file an Affidavit of Indigency (Doc. 3). Petitioner failed to comply with the Court's Order within the allotted time frame. On January 12, 2022, the Court entered the second and final Order directing the Petitioner to show cause within 14 days why this case should not be dismissed (Doc. 4). Petitioner was warned that failure to respond would result in dismissal for further notice. *Id.* As of the date of this Order, Petitioner has not paid the $5.00 filing fee, filed an Affidavit of Indigency, responded to the Order to show cause, or requested an extension of time in which to do so.

ACCORDINGLY, it is hereby

- 2 -

**ORDERED:**

1.    This case is **DISMISSED** without prejudice for failure to comply with a Court Order and failure prosecute.

2.    The **Clerk of Court** is directed to enter judgment accordingly, terminate any pending motions, and close this file.

**DONE** and **ORDERED** in Tampa, Florida on February 2, 2022.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copies furnished to: *Pro Se* Party